# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161349

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DAVID CAMPBELL,
      Plaintiff-Appellant,

v

CORIZON HEALTH INC.,
      Defendant-Appellee.
_____/

SC: 161349
COA: 350849
Ingham CC: 19-000446-NZ

On order of the Chief Justice, given plaintiff-appellant's failure to pay the initial partial filing fee as required by the June 8, 2020 order, the Clerk of the Court is directed to administratively close this file. The application for leave to appeal is DISMISSED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2020



Clerk